# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.**, <br> Plaintiff, <br> v. <br> **Richard Raya Sr.,** in his individual and representative capacity as trustee; **Richard Raya Jr.**; and Does 1-10, <br> Defendants. | Case: 2:16-CV-09418-DSF-GJS <br><br> Proposed Judgment Re: Default Judgment |

Following the Court's ruling on August 17, 2017 and September 27, 2017, the Court grants JUDGMENT in favor of plaintiff Rafael Arroyo, Jr. and against defendants Richard Raya Sr. and Richard Raya Jr. in the amount of $4,000 in statutory damages and $5,455 in attorneys' fees and costs –totaling $9,455.

Additionally, defendants Richard Raya Sr. and Richard Raya Jr. are ordered to provide a van accessible parking space and an accessible

transaction counter at the property located at 715 S. Soto Street, Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

//

Dated: 7/3/18    By: _____
                    Hon. DALE S. FISCHER
                    United States District Judge

*Presented by*:
Mark Potter, Esq.
858-375-7385
mark@potterhandy.com
Attorney for Plaintiff